Clerk, U.S. District Court
Southern District of Texas
ENTERED

FEB 18 1998

Michael N. Milby, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 96-2308

**Style**: Narciso Gutierrez, et al., v. Jo Betsy Norton, et al.,

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Mario Caballero | Plaintiff |
| Anthony Aterno | Defendant |

**Date**: February 13, 1998

**Ct. Reporter**: E. Perry

**Time**: 4:10 p.m. - 4:30 p.m

**At the hearing the Court made the following rulings**:

Docket call held. Parties state terms of settlement on the record in open Court. Plaintiff must file its Motion for Attorney Fees by **February 24, 1998.** Defendant's objections to Motion due in twenty days. Plaintifff's reply due in five days from date of filling of Defendant's objections.

**The Clerk will file these Minutes and Order and provide copies to the parties.**

**SIGNED** at Houston, Texas this 13th day of February, 1998.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

P:\CTMINUTE\96-2308.1 980213.1629

#51

ClibPDF - www.fastio.com