IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 30 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| NARCISO GUTIERREZ<br>AND<br>CEDRIC BENNINGS, INGRID FAULK,<br>AND SHEILA Y. CARR<br>PLAINTIFFS | §<br>§<br>§<br>§<br>§ | |
| | § | |
| V. | § | CAUSE NO. H-96-2308 |
| | § | |
| DIANE D. RATH, BILL HAMMOND<br>AND<br>DAVID R. PERDUE<br>IN THEIR OFFICIAL CAPACITY<br>AS THE COMMISSIONERS OF THE<br>TEXAS WORKFORCE COMMISSION<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

<u>ORDER GRANTING DISMISSAL OF THE SUIT</u>

This Court, having heard the parties' <u>Joint Motion to Dismiss</u>, finds that it has merit.

This Court orders the following:

1. This Court shall retain jurisdiction over the settlement agreement;
2. This Court shall resolve the issue of attorneys fees; and
3. This suit is dismissed with prejudice.

SIGNED this 29th day of April, 1998.

NANCY F. ATLAS
U.S. DISTRICT COURT JUDGE

#56